■ EDWARD SCHUESSLER et al., Respondents, v SALVATORE SIMINERIO et al., Defendants, "C" TOWN SUPERMARKET, Appellant, and ROMAN CARTING CORP., Respondent.—Appeal by the defendant "C" Town Supermarket from an order of the Supreme Court, Queens County (Lerner, J.), dated April 27, 1989.

Ordered that the order is affirmed, with one bill of costs payable to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Lerner at the Supreme Court *(see, Ober v Rye Town Hilton,* 159 AD2d 16). Brown, J. P., Lawrence, Kunzeman and Kooper, JJ., concur.